THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOVELL LANDERS and ADDIE EXUM, Appellants.

Submitted October 3, 1955; decided October 13, 1955.

Motion for reargument denied. [See 264 N. Y. 119.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CAMILO WESTON LEYRA, Appellant.

Submitted October 3, 1955; decided October 13, 1955.

Motion for assignment of counsel granted and Osmond K. Fraenkel, Esq., 120 Broadway, New York, N. Y., and Frederick W. Scholem, Esq., 10 East 40th Street, New York, N. Y., assigned as counsel to appellant on the appeal herein. [See 302 N. Y. 353; 304 N. Y. 844, certiorari denied 345 U. S. 918; *Leyra* v. *Denno,* 113 F. Supp. 556, affd. 208 F. 2d 605, revd. 347 U. S. 556.]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* PHILIP S. SAVAGE, Respondent.

Submitted October 10, 1955; decided October 13, 1955.

Motion for enlargement of time granted and case set down for argument during the last week of the November, 1955, session of the Court of Appeals.